■ ROBERT E. BURNS, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 57064.) (Appeal No. 2.)—Order unanimously affirmed. Same memorandum as in *Burns v State of New York* (63 AD2d 848). (Appeal from order of Court of Claims—modify judgment.) Present—Marsh, P. J., Dillon, Hancock, Jr., Denman and Witmer, JJ.